UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAULANA CORPUZ and<br>AMANDA CORPUZ<br><br>            Plaintiffs,<br><br>     v.<br><br>KIA MOTORS AMERICA INC.,<br><br>            Defendants. | 1:10-CV-01321 OWW SMS<br><br>**ORDER DISMISSING ACTION** |

   Pursuant to the notice of voluntary dismissal filed August 20, 2010 pursuant to FRCvP 41,

   IT IS HEREBY ORDERED that this matter is dismissed in its entirety without prejudice.

IT IS SO ORDERED.

**Dated:   September 2, 2010**              /s/ Oliver W. Wanger
                              UNITED STATES DISTRICT JUDGE

1